UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ANDRE SHARP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CRAIG KOENIG, *Warden*,<br><br>　　　　　Respondent. | No. 1:20-cv-00139-DAD-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITIONER'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 6, 14, 16) |

　　　　Petitioner Anthony Andre Sharp is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On February 14, 2020, petitioner's case was administratively closed after the magistrate judge determined that the instant petition should be treated as a motion to amend in a related case. (Doc. No. 12 at 2.)

　　　　Now before the court are petitioner's two motions for a temporary restraining order, seeking a stay of his state-ordered restitution payments. (Doc. Nos. 6, 14.) On February 25, 2020, the assigned magistrate judge issued findings and recommendations, recommending that both of petitioner's motions be denied. (Doc. No. 16.) The findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within

1

fourteen (14) days of service.  (*Id.* at 3.)  No objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a *de novo* review of case.  The court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on February 25, 2020 (Doc. No. 16) are adopted in full;
2. Petitioner's motions for a temporary restraining order (Doc. Nos. 6, 14) are denied; and
3. No further orders will issue in this closed case.  (See Doc. Nos. 12 and 13.)

IT IS SO ORDERED.

Dated: **April 14, 2020**

UNITED STATES DISTRICT JUDGE